1  Scott N. Johnson, Esq. (SBN 166952)
   Disabled Access Prevents Injury, Inc.
   5150 Fair Oaks Blvd., Suite 101
2  PMB #253
   Carmichael, CA 95608-5758
3  Telephone (916) 485-3516
   Facsimile (916) 481-4224
4  Email scottnjohnson@dapiinc.com

5

   Attorney for Plaintiff
6  Scott N. Johnson

7

8            **UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

                              ) Case No.**2:12-cv-01051-MCE-CKD**
11 Scott N. Johnson             )
                              ) **ORDER RE: REQUEST FOR DISMISSAL**
12         Plaintiff;           )
                              )
13     vs.                      )
                              )
14 Ana D. Mercado, et al,       )
                              )
15         Defendants.          )
                              )
16                              )
                              )
17 _____)

18

19     IT  IS  SO  ORDERED  THAT  the  above-entitled  action  is

20 hereby dismissed with prejudice pursuant to Fed. R. Civ. P.

21 41(a)(1)(A).

22 Dated:  June 21, 2012

23

24 _____
   MORRISON C. ENGLAND, JR.
25 UNITED STATES DISTRICT JUDGE

26

27

28